# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTRICH CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CHILEWICH SULTAN LLC, a New York limited liability company; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 12-CV-10079 GHK (AGR)<br><br>[Assigned to Hon. George H. King]<br><br>**ORDER ENTERING PARTIES' STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: October 24, 2012<br>Complaint Removed: November 26, 2012<br>Trial Date: None set |

1

**ORDER ENTERING PARTIES' STIPULATED PROTECTIVE ORDER**

On June 4, 2013, Plaintiff Kittrich Corporation and Defendant Chilewich Sultan LLC, filed a Stipulated Protective Order.

THE COURT FINDS THAT THERE IS GOOD CAUSE FOR ENTERING THE STIPULATED PROTECTIVE ORDER AND HEREBY ORDERS THAT:

(1) The Proposed Stipulated Protective Order be entered in the record as an Order of the Court.

IT IS SO ORDERED.

Dated: June 21, 2013

By: *Alicia G. Rosenberg*
United States District Court Magistrate Judge